JUDGE CROTTY      **07 CIV 7638**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA**

   Plaintiffs,

v.

**AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH**

   Defendants.

Case No: _____ - cv - 07



RECEIVED AUG 2 8 2007 U.S.D.C. S.D. N.Y. CASHIERS

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Peerless Indemnity Insurance Company (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                              NELSON LEVINE de LUCA & HORST, LLC

                              BY: _____
                              TIMOTHY W. STALKER, ESQUIRE
                              ATTORNEYS FOR PLAINTIFF
                              120 Broadway
                              Suite 955
                              New York, NY 10271
                              (212) 233-0130

Dated: <u>August 24, 2007</u>