IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>                           Plaintiffs,<br><br>       v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>                           Defendants. | Case No: 7638- CV – 07<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael R. Nelson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Michael J. Kurtis

    Firm Name:    Nelson Levine de Luca & Horst

    Address:    Four Sentry Parkway, Suite 300

    City/State/Zip:    Blue Bell, PA 19422

    Telephone/Fax:    (610-862-6539; (610) 862-6501

Michael J. Kurtis is a member in good standing of the Bar of the States of Pennsylvania.

There are no pending disciplinary proceedings against Michael J. Kurtis in any State or Federal Court.

Dated:
City, State:

                                                  Respectfully submitted,

                                                  Michael R. Nelson
                                                  SDNY Bar: 609677
                                                  Nelson Levine de Luca & Horst
                                                  Four Sentry Parkway, Suite 300
                                                  Blue Bell, PA 19422
                                                  Phone: (610) 862-6560
                                                  Fax: (610) 862-6501

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>                Plaintiffs,<br><br>v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>                Defendants. | Case No: 7638- CV-07<br><br>AFFIDAVIT OF<br>MICHAEL R. NELSON<br>IN SUPPORT OF<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York   )
                         )   ss:
County of New York  )

Michael R. Nelson, being duly sworn, hereby deposes and says as follows:

1.     I am a Partner at Nelson Levine de Luca & Horst, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Michael J. Kurtis as counsel pro hac vice to represent Defendant in this matter.

2.     I am a member in good standing of the bar of the State of Pennsylvania, and was admitted to practice law November 24, 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Michael J. Kurtis since 2004.

4.     Mr. Kurtis is an Associate at Nelson Levine de Luca & Horst, in Blue Bell, Pennsylvania.

5.  I have found Mr. Kurtis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Michael J. Kurtis, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Michael J. Kurtis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael J. Kurtis, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Date:
City, State:
Notarized:

Respectfully submitted,

Michael R. Nelson
SDNY Bar Code: 609677

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>　　　　　　　　Defendants. | Case No: 7638- CV – 07<br><br>CERTIFICATE OF SERVICE |

I, Michael J. Kurtis, hereby certify that a true and correct copy of the Motion for Pro Hac Vice was served on September 4, 2007, upon counsel listed below by United States Mail, postage prepaid.

> AXA General Insurance Hong Kong Ltd
> 30/F PCCW Tower
> Taikoo Place
> 979 King's Road
> Quarry Bay
> Hong Kong

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　**NELSON LEVINE de LUCA & HORST, LLC**

　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　MICHAEL J. KURTIS
　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　PEERLESS INDEMNITY INSURANCE
　　　　　　　　　　　　　　COMPANY

Dated: September 4, 2007



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Michael J. Kurtis, Esq.*

**DATE OF ADMISSION**

*June 25, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: **August 27, 2007**

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL J KURTIS** (No. **040891999**) was constituted and appointed an Attorney at Law of New Jersey on **January 07, 2000** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **28TH** day of **August**, 20 **07**

Clerk of the Supreme Court

-453a-

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>Defendants. | Case No: 7638 - CV – 07<br><br>ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon Motion of Michael R. Nelson, attorney for Liberty Mutual Insurance Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Kurtis |
| Firm Name: | Nelson Levine de Luca & Horst |
| Address: | Four Sentry Parkway, Suite 300 |
| City/State/Zip: | Blue Bell, PA 19422 |
| Telephone/Fax: | (610-862-6539; (610) 862-6501 |
| E-Mail Address: | mkurtis@nldhlaw.com |

is admitted to practice pro hac vice as counsel for Liberty Mutual Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nyusd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge