

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>Defendants. | Case No: 07 - CV – 07638<br><br>AMENDED MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Michael R. Nelson, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Timothy W. Stalker

    Firm Name:    Nelson Levine de Luca & Horst

    Address:    Four Sentry Parkway, Suite 300

    City/State/Zip:    Blue Bell, PA 19422

    Telephone/Fax:    (610-862-6525; (610) 862-6501

Timothy W. Stalker is a member in good standing of the Bar of the States of Pennsylvania.

There are no pending disciplinary proceedings against Timothy W. Stalker in any State or Federal Court.

Dated:
City, State:

                                                Respectfully submitted,

                                                Michael R. Nelson
                                                SDNY Bar: 609677
                                                Nelson Levine de Luca & Horst
                                                Four Sentry Parkway, Suite 300
                                                Blue Bell, PA 19422
                                                Phone: (610) 862-6560
                                                Fax: (610) 862-6501

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>       Plaintiff,<br><br>    v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>       Defendants. | Case No: 07 - CV – 07638<br><br>AFFIDAVIT OF<br>MICHAEL R. NELSON<br>IN SUPPORT OF THE AMENDED<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York )
        ) ss:
County of New York )

Michael R. Nelson, being duly sworn, hereby deposes and says as follows:

1.  I am a Partner at Nelson Levine de Luca & Horst, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Timothy W. Stalker as counsel pro hac vice to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of Pennsylvania, and was admitted to practice law November 24, 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Timothy W. Stalker since 2004.

4.  Mr. Stalker is a Partner at Nelson Levine de Luca & Horst, in Blue Bell, Pennsylvania.

5.  I have found Mr. Stalker to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Timothy W. Stalker, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Timothy W. Stalker, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Timothy W. Stalker, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Date:
City, State:
Notarized:

Respectfully submitted,

_____
Michael K. Nelson
SDNY Bar Code: 609677

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>      Plaintiff,<br><br>v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>      Defendants. | Case No: 07 - CV – 07638<br><br>CERTIFICATE OF SERVICE |

  I, Timothy W. Stalker, hereby certify that a true and correct copy of the Amended Motion for Pro Hac Vice was served on September 7, 2007, upon counsel listed below by United States Mail, postage prepaid.

      AXA General Insurance Hong Kong Ltd
      30/F PCCW Tower
      Taikoo Place
      979 King's Road
      Quarry Bay
      Hong Kong

        Respectfully Submitted,

        **NELSON LEVINE de LUCA & HORST, LLC**

        BY: _/s/ Timothy W. Stalker_
          TIMOTHY W. STALKER
          ATTORNEYS FOR PLAINTIFF
          PEERLESS INDEMNITY INSURANCE
          COMPANY

Dated: September 7, 2007