IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>Defendants. | Case No: 07 - CV – 07638<br><br>AMENDED MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael R. Nelson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Michael J. Kurtis |
| Firm Name: | Nelson Levine de Luca & Horst |
| Address: | Four Sentry Parkway, Suite 300 |
| City/State/Zip: | Blue Bell, PA 19422 |
| Telephone/Fax: | (610-862-6539; (610) 862-6501 |

Michael J. Kurtis is a member in good standing of the Bar of the States of Pennsylvania.

There are no pending disciplinary proceedings against Michael J. Kurtis in any State or Federal Court.

Dated:
City, State:

Respectfully submitted,

_____
Michael R. Nelson
SDNY Bar: 609677
Nelson Levine de Luca & Horst
Four Sentry Parkway, Suite 300
Blue Bell, PA 19422
Phone: (610) 862-6560
Fax: (610) 862-6501

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>                      Plaintiff,<br><br>v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>                      Defendants. | Case No: 07 - CV – 07638<br><br>AFFIDAVIT OF<br>MICHAEL R. NELSON<br>IN SUPPORT OF THE AMENDED<br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York  )
                          ) ss:
County of New York )

Michael R. Nelson, being duly sworn, hereby deposes and says as follows:

1.     I am a Partner at Nelson Levine de Luca & Horst, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael J. Kurtis as counsel pro hac vice to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of Pennsylvania, and was admitted to practice law November 24, 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known Michael J. Kurtis since 2004.

4.     Mr. Kurtis is an Associate at Nelson Levine de Luca & Horst, in Blue Bell, Pennsylvania.

5.     I have found Mr. Kurtis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Michael J. Kurtis, pro hac vice.

7.     I respectfully submit a proposed order granting the admission of Michael J. Kurtis, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael J. Kurtis, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Date:
City, State:
Notarized:

Respectfully submitted,

_____
Michael R. Nelson
SDNY Bar Code: 609677

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, f/k/a ATLAS ASSURANCE COMPANY OF AMERICA<br><br>                Plaintiff,<br><br>    v.<br><br>AXA GENERAL INSURANCE HONG KONG LIMITED f/k/a UNION INSURANCE SOCIETY OF HONG KONG, as successor in interest to GUARDIAN REINSURANCE COMPANY, ZURICH<br><br>                Defendants. | Case No: 07 - CV – 07638<br><br>CERTIFICATE OF SERVICE |

      I, Michael J. Kurtis, hereby certify that a true and correct copy of the Motion for Pro Hac Vice was served on September 7, 2007, upon counsel listed below by United States Mail, postage prepaid.

                AXA General Insurance Hong Kong Ltd
                30/F PCCW Tower
                Taikoo Place
                979 King's Road
                Quarry Bay
                Hong Kong

                Respectfully Submitted,

                **NELSON LEVINE de LUCA & HORST, LLC**

                BY: _/s/ Michael J. Kurtis_
                MICHAEL J. KURTIS
                ATTORNEYS FOR PLAINTIFF
                PEERLESS INDEMNITY INSURANCE
                COMPANY

Dated: September 7, 2007