IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEERLESS INDEMNITY INSURANCE
COMPANY, f/k/a ATLAS ASSURANCE
COMPANY OF AMERICA

      Plaintiff,

v.

AXA GENERAL INSURANCE HONG
KONG LIMITED f/k/a UNION
INSURANCE SOCIETY OF HONG KONG,
as successor in interest to GUARDIAN
REINSURANCE COMPANY, ZURICH

      Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 7 2007

Case No: 07 - CV – 07638 (PAC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon Motion of Michael R. Nelson, attorney for Peerless Indemnity Insurance Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Kurtis |
| Firm Name: | Nelson Levine de Luca & Horst |
| Address: | Four Sentry Parkway, Suite 300 |
| City/State/Zip: | Blue Bell, PA 19422 |
| Telephone/Fax: | (610-862-6539; (610) 862-6501 |
| E-Mail Address: | mkurtis@nldhlaw.com |

is admitted to practice pro hac vice as counsel for Peerless Indemnity Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nyusd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

*[signature]*
United States District/~~Magistrate~~ Judge