UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
PEERLESS INDEMNITY INSURANCE           :
COMPANY f/k/a ATLAS ASSURANCE          :   STIPULATION
COMPANY OF AMERICA                     :
:
              Plaintiff,               :   Index No.: 07 CV 7638 (PAC)
                                       :   Hon. Paul A. Crotty
        v.                             :
:
AXA GENERAL INSURANCE                  :
HONG KONG LIMITED,                     :
:
              Defendants.              :
                                       X
------------------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007

WHEREAS, Plaintiff, Peerless Indemnity Insurance Company ("Peerless"), has filed a complaint (the "Complaint") in the above captioned action (the "Action");

WHEREAS, Peerless mailed a copy of the Complaint to defendant, AXA General Insurance Hong Kong Limited ("AXA HK"), on September 4, 2007, along with a Request for Waiver of Service of Summons;

WHEREAS, on November 2, 2007, AXA HK returned to Peerless the requested Waiver of Service of Summons, expressly reserving its rights to assert all defenses and objections to the Complaint (except those based on service), including objections to the jurisdiction of the Court and the venue of the Action;

WHEREAS, pursuant to Fed. Rule Civ. P. Rule 4, AXA HK is required to respond to the Complaint on December 3, 2007;

WHEREAS, the parties have agreed to an extension of time for AXA HK's response to the Complaint;

- 2 -

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the date for AXA HK to respond to the Complaint is adjourned until January 7, 2008;

**IT IS FURTHER STIPULATED AND AGREED**, that except as provided herein, the parties each expressly reserve all other rights;

**IT IS FURTHER STIPULATED AND AGREED**, that a facsimile copy of this stipulation shall have the same force and effect as the original.

Dated: New York, New York
       November 30, 2007

| NELSON LEVINE De LUCA & HORST | LOVELLS LLP |
|---|---|
| BY: _/s/ Michael J. Kurtis_ | BY: _/s/ Sean Thomas Keely_ |
| Michael J. Kurtis (*pro hac vice*) | Sean Thomas Keely (SK-8593) |
| Four Sentry Parkway | 590 Madison Ave |
| Suite 300 | 7th Floor |
| Blue Bell, PA 19422 | New York, NY 10022 |
| (610) 862-6539 | (212) 909-0633 |
| Attorneys for Plaintiff Peerless Indemnity Insurance Company | Attorneys for Defendant AXA General Insurance Hong Kong Limited |

SO ORDERED: NOV 3 0 2007

_/s/ Paul A. Crotty_
U.S.D.J.

NYCLIB01/NYSH/127087.2