IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 24 2008
```

PEERLESS INDEMNITY INSURANCE
COMPANY, f/k/a ATLAS ASSURANCE
COMPANY OF AMERICA

    Plaintiffs,

v.

AXA GENERAL INSURANCE HONG KONG
LIMITED f/k/a UNION INSURANCE
SOCIETY OF HONG KONG, as successor in
interest to GUARDIAN REINSURANCE
COMPANY, ZURICH

    Defendants.

Index No.: 07 CV 7638 (PAC)
Hon. Paul A. Crotty

STIPULATION OF DISMISSAL
WITHOUT PREJUDICE

  Plaintiff, Peerless Indemnity Insurance Company, f/k/a Atlas Assurance Company of America, and Defendant, AXA General Insurance Hong Kong Limited f/k/a Union Insurance Society of Hong Kong, as successor in interest to Guardian Reinsurance Company, Zurich, hereby stipulate and agree that the above-captioned matter be Dismissed Without Prejudice.

NELSON LEVINE de LUCA & HORST

BY: _____

Michael J. Kurtis (*pro hac vice*)
Four Sentry Parkway
Suite 300
Blue Bell, PA 19422
(610) 862-6539

Attorneys for Plaintiff
Peerless Indemnity Insurance Company

Dated: 3/14/08

LOVELLS LLP

BY: _____

Sean Thomas Keely (SK-8593)
590 Madison Ave
7th Floor
New York, NY 10022
(212) 909-0633

Attorneys for Defendant
AXA General Insurance Hong Kong
Limited

Dated: 03/20/08

SO ORDERED: MAR 24 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE